CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 28 2010

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 5:07cr00045-1 |
| | Criminal Case No. 5:07cr00066-1 |
| v. | By: Samuel G. Wilson |
| | United States District Judge |
| RICHIE HANSFORD CONNER. | |
| | **2255 FINAL ORDER** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Conner's § 2255 motion is **DENIED**; his motion for an evidentiary hearing is **DENIED as MOOT**; and these actions are **STRICKEN** from the active docket of the court.

Further, finding that Conner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

Conner is advised that he may appeal the denial of his motion pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 28th day of January, 2010.

_____
United States District Judge